11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Paul Curtis Miller,                                    * From the 70th District
                                                          Court of Ector County,
                                                          Trial Court No. A-37,244.

Vs. No. 11-12-00054-CR                                 * February 7, 2013

State of Texas,                                        * Per Curiam Memorandum Opinion
                                                          (Panel consists of: Wright, C.J.,
                                                          McCall, J., and Hill, sitting by
                                                          assignment)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.